|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | IN THE UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | ROBERT NORRIS, |
| 11 | Plaintiff,      No. CIV S-06-1624 DFL GGH P |
| 12 | vs. |
| 13 | PAMELA STARR, et al., |
| 14 | Defendants.    <u>ORDER</u> |
| 15 | _____/ |
| 16 | Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant |
| 17 | to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 |
| 18 | U.S.C. § 1915. However, the certificate portion of the request which must be completed by |
| 19 | plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a |
| 20 | certified copy of his prison trust account statement for the six month period immediately |
| 21 | preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the |
| 22 | opportunity to submit a completed in forma pauperis application and a certified copy in support |
| 23 | of his application. |
| 24 | ///// |
| 25 | ///// |
| 26 | ///// |

Dockets.Justia.com

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: 8/4/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
norr1624.3c+